

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. L. A. Woods
State Superintendent of Public Instruction
Austin, T e x e s

Dear Sir:     Att'n: Mr. T. M. Trimble

Opinion No. O-2133
Re: Under the circumstances set forth, may
the Board of the Reagan Independent School
District call an executive session and
legally conduct the regular business of
the school district?

We are in receipt of your letter of recent
date, with enclosure of a letter to you from Mr. R. F.
Pearce, President of the Reagan School Board. We
quote from the letter of Mr. Pearce to you for the
factual background of your request.

"The regular board meetings of the Reagan
Independent School District have been disturb-
ed by visitors to the extent that it is impos-
sible for the board to transact business. We
have always allowed the meetings of the board
to be open to the general public except on a
very few occasions when the board has held ex-
ecutive sessions. Some of the citizens have
objected to such meetings by the board of
trustees.

"In the face of a board meeting being dis-
turbed by the attendance of more people than
will permit the properly conducting of business,
may the board call an executive session and
exclude all visitors and legally conduct the
regular business of the school district."

Any board, tribunal or official body possesses
the inherent right to preserve such order and decorum

Hon. L. A. Woods, page 2

in its meetings as is essential to the proper trans-
action of its business. It may take such steps as
necessary to do this, even to the point of closing
such meetings to the public.

There is no statute requiring meetings of the
Board of an Independent School District to be open to
the public and we perceive no reason why such boards
may not call an executive session and exclude visitors
therefrom.

We, therefore, respectfully answer your ques-
tion in the affirmative, and remain

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Zollie C. Steakley
Assistant

APPROVED APR 4, 1940

ZCS:ob

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN